UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAM DML INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BEEHIIV INC., BRIAN SCHNEIDER, and TYLER REID DENK, <br><br> *Defendants*. | Case No. 1:25-cv-09581-ALC |

<b>STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER,<br>MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT</b>

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Plaintiff Team DML Inc. ("Plaintiff") and for Defendants Beehiiv Inc., Brian Schneider, and Tyler Reid Denk (collectively "Defendants"), (together, the "Parties") that:

1. The undersigned counsel for the Defendants has the authority to accept service of process and will accept service of process of the Summons and Complaint on behalf of Defendants without waiver of any and all defenses, substantive, procedural, or jurisdictional (except for improper or defective service of process), including, but not limited to, defenses related to personal and subject matter jurisdiction.

2. The time for Defendants to answer, move, or otherwise respond to the Complaint shall be extended to February 5, 2026.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and that facsimile or electronic signature shall be deemed the same as an original signature and acceptable for the filing of this Stipulation;

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Garden City, New York<br>Dated: December 9, 2025 | New York, New York<br>Dated: December 5, 2025 |
| ROMANO & ASSOCIATES | SLARSKEY LLC |
| *[signature]* | *[signature]* |
| Michael J. Romano<br>350 Old Country Road, Suite 205<br>Garden City, New York 11530<br>(516) 248-8880 | David Slarskey<br>Christine M. Rodriguez<br>767 Third Avenue, 14th Floor<br>New York, New York 10017<br>(212) 658-0661 |
| *Counsel for Plaintiff Team DML Inc.* | *Counsel for Defendants Beehiiv Inc., Brian Schneider, and Tyler Reid Denk* |