Docusign Envelope ID: D0AC8AEF-784E-41BC-892E-6F6D82587A9D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X    Civil Action No.: 1:25-cv-09581-ALC

TEAM DML, INC.,

                                        Plaintiff,        **SUBSTITUTION OF COUNSEL**
                                                         **ON CONSENT**

        - against -

BEEHIIV INC., BRIAN SCHNEIDER,
and TYLER REID DENK,

                                        Defendants.
-------------------------------------------------------------------X

        **IT IS HEREBY CONSENTED**, that the law firm of GORDON REES SCULLY

MANSUKHANI, LLP, located at One Battery Park Plaza, New York, New York, 10004, be

substituted as attorneys of record for Defendants, BEEHIIV, INC., BRIAN SCHNEIDER, and

TYLER REID DENK, in the above-entitled action, in place and instead of SLARSKEY, LLC,

located at 767 Third Avenue, New York, New York, 10017. This Consent may be signed in

counterparts. Facsimile/electronic signatures are acceptable for the filing of this Consent.

Dated: January 20, 2026
        New York, New York


**SLARSKEY  LLC**                **SLARSKEY LLC**                **GORDON REES SCULLY**
                                                                **MANSUKHANI, LLP**

By: David Slarskey              Christine M. Rodriguez          By: Joseph Salvo, Esq.
767 Third Avenue, 14ᵗʰ Floor    767 Third Avenue, 14th Floor    One Battery Park Plaza, 28ᵗʰ Floor
New York, New York 10017        New York, New York 10017        New York, New York 10004
(212) 658-0661                  (212) 658-0661                  (212) 269-5500


**BEEHIIV INC.**                 **BRIAN SCHNEIDER**             **TYLER REID DENK**

Signed by:                      Signed by:                      Signed by:

Tyler Denk                      Brian Schneider                 Tyler Denk
2A784AC9520F44D                 9CB9755CD9234B8                 2A784AC9520F44D
By:Tyler Denk                   By: Senior Revenue Lead         By: Chief Executive Officer

        Chief Executive Officer