JOSEPH SALVO, ESQ.
JSALVO@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM
(212) 269-5500

February 2, 2026

**VIA PACER**
Honorable Andrew L. Carter, Esq.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

      RE:    *Team DML, Inc. v. Beehiiv, Inc. et al.*
                Case No. 1:25-cv-09581-ALC
                Defendants' Request for an Extension of Time to Respond to Complaint

Dear Honorable Carter:

      This firm represents Defendants Beehiiv, Inc., Brian Schneider, and Tyler Denk ("Defendants") in the above-referenced matter. Pursuant to the Court's Individuals Rules and with Plaintiff's consent, Defendants respectfully request that the Court grant a thirty (30) day extension of time to answer, move, or otherwise respond to the Complaint. This request is made two business days before the currently scheduled deadline.

      By way of background, on or about November 17, 2026, Plaintiff commenced this action with the filing of the Complaint. On or about December 9, 2025, David Slarskey and Christine Rodriguez appeared as counsel for Defendants and filed a stipulation with Plaintiff accepting service of process of the Summons and Complaint on behalf of Defendants and extending the time for Defendants to answer, move, or otherwise respond to the Complaint to February 5, 2026. This stipulation was so-ordered by this Court.

      On or about February 3, 2026, my office appeared as counsel for Defendants and filed a Consent to Change Attorney. Given our recent retention and in order to allow sufficient time to become familiar with the case, conduct an investigation of the relevant facts, and determine the appropriate response to the Complaint, Defendants respectfully request a thirty (30) day extension of time to answer, move, or otherwise respond to the Complaint, up to and including March 7, 2026. Plaintiff has consented to the requested extension.

For the foregoing reasons, Defendants respectfully request an extension of time as set forth above.

                                         Respectfully submitted,

                                         GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Joseph Salvo, Esq.*
     Joseph Salvo, Esq.
     *Attorneys for Defendants*
     One Battery Park Plaza, 28th Floor
     New York, NY 10004
     (212) 269-5500
     jsalvo@grsm.com