UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TEAM DML, INC.,

                              Plaintiff,

- against -

BEEHIIV INC., BRIAN SCHNEIDER, and
TYLER REID DENK,
                              Defendants.
------------------------------------------------------------------X

Case No. 1:25-cv-09581

**DECLARATION OF DANIEL BAE**

      Daniel Bae, of full age, hereby submits the following Declaration pursuant to 28 U.S.C. § 1746.

1. I am the Chief Financial Officer of Beehiiv Inc. ("Beehiiv"), a Delaware corporation headquartered in New York. I possess personal knowledge regarding the within matter and make this Declaration in support of Beehiiv's motion to dismiss Plaintiff's Complaint.

2. Beehiiv is a platform that allows businesses to create and distribute email newsletters to their subscribers. It provides tools to manage subscriber lists, track engagement, and grow an audience. The platform also helps businesses monetize their newsletters by allowing them to earn revenue from advertisements placed in their newsletters through Beehiiv's Ad Network.

3. In order to use the platform, users must first register for an account on www.beehiiv.com (the "Website"). Team DML, Inc. ("Plaintiff") created its account with Beehiiv in January 2025. A true and accurate representation of the registration page and process Plaintiff was required to go through to create its account is attached hereto as Exhibit "A."

4. During the registration process, Plaintiff was presented with a notice stating, "By signing up you consent to our Terms and Conditions and Privacy Policy." This notice is right below the "Get Started" button Plaintiff was required to click on to register its account. The phrase "Terms

and Conditions" appears in a dark gray, bold font against the white page and is hyperlinked to a webpage that displays the full Terms and Conditions. A user does not need to scroll down the page to see the link to the Terms and Conditions. *See* Exhibit "A."

5. The Terms and Conditions, which govern consumers use of the Website, have remained unchanged since Plaintiff created its account in January 2025. The termination provision in the Terms and Condition provides that Beehiiv, in its sole discretion, may terminate or suspend a user's access to all or part of the Website for any reason, including, without limitation, any violation of the Terms and Conditions. The provision further states that, with respect to any customer who has been blocked or removed from the platform, Beehiiv may withhold any Ad Network and/or Boost earnings. A true and correct copy of this provision is attached hereto as Exhibit "B."

6. I declare under penalty of perjury that the foregoing is true and correct.

Signed by:

*Daniel Bae*
A55025440173409...

By: Daniel Bae

Dated: March 6, 2026