# EXHIBIT A



# Get started with beehiiv

First name *

John

Last name *

Doe

Email *

name@email.com

Password *

********

**Get started**

or

**Continue with Google**

Already have an account? Log in

By signing up you consent to our Terms and Conditions and Privacy Policy