USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/9/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

TEAM DML INC.,

                  Plaintiff,

      -against-                              1:25-cv-09581-ALC

BEEHIIV INC. ET AL,                   **ORDER**

                  Defendants.

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On March 7, 2026, Defendants filed a motion to dismiss the complaint. *See* ECF No. 20. The Court hereby **DENIES** such motion without prejudice. Defendants are directed to consult the Court's Individual Practices which explains a pre-motion conference with the court is required before any motion to dismiss. To arrange a pre-motion conference, the moving party should submit a letter, not to exceed 3 days, setting forth the basis for the anticipated motion. Such a request will stay the deadline for the requesting party to move or answer. Given the circumstances, Defendants deadline to answer or otherwise respond to the complaint is extended until **March 16, 2026.**

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 20.

**SO ORDERED.**

**Dated:  March 9, 2026**

       New York, New York                             **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**