USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/14/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

TEAM DML INC.,                                               :
                                                            :
                            Plaintiff,                      :
                                                            :
            -against-                                       :       **1:25-cv-09581-ALC**
                                                            :
BEEHIIV INC. ET AL,                                         :       **ORDER**
                                                            :
                            Defendants.                     :
                                                            :
                                                            :
----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at today's telephonic conference, the Parties are hereby **ORDERED** to submit a joint status report by **May 5, 2026.** The report should inform the Court of whether the Parties have settled. If not, the Parties should indicate whether they are interested in the Court conducting a settlement conference or if they would be interested in a referral to a magistrate judge for settlement or the court-annexed mediation program. If the Parties are not interested in any of the above, and if Defendant still wishes to file a motion to dismiss, the Parties should submit a proposed briefing schedule. If the Defendants no longer with to file a motion to dismiss, they should indicate so and the case will be referred for general pre-trial supervision.

**SO ORDERED.**

**Dated:  April 14, 2026**

      **New York, New York**                    _____

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**