# Romano & Associates
## *Attorneys at Law*
350 Old Country Road, Suite 205
Garden City, New York 11530
(516) 248-8880   Fax (516) 706-6684
www.romanofirm.com
mjr@romanofirm.com

May 5, 2026

**Via ECF**
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
Attention:      Hon. Andrew L. Carter, Jr., U.S.D.J.

   Re:  ***Team DML, Inc. v. Beehiiv Inc., Brian Schneider and Tyler Reid Denk***
      **Docket No. 1:25-cv-09581-ALC**

Dear Judge Carter:

  My office represents Team DML, Inc. (the "**Plaintiff**") in the above-referenced lawsuit. Please allow this correspondence to serve as a joint status letter as requested by the Court.

  As requested by the Court, the parties are engaging in settlement discussions.  We respectfully request that the Court afford us another three weeks to again update the Court as to where the parties stand regarding settlement.  Defendants reserve their right to set forth a briefing schedule for their motion to dismiss should the parties be unable to resolve this matter.

  We thank the Court in advance for its courtesies.

         Respectfully submitted,

         Michael J. Romano

cc:  **Via ECF**
   Gordon Rees Scully Mansukhani
   1 Battery Park Plaza, 28th Floor
   New York, New York 10004
   Attention: Joseph Salvo, Esq.