JOSEPH SALVO
PARTNER
JSALVO@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM
(212) 269-5500

May 28, 2026

**VIA ECF**
Honorable Andrew Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

> **RE:**   ***Team DML, Inc. v. Beehiiv, Inc.***
> **Case No. 1:25-cv-09581-ALC**
> **Joint Status Letter Regarding Settlement Discussions**

Dear Judge Carter:

This firm represents Defendants, Beehiiv, Inc. ("Beehiiv"), Tyler Denk ("Denk"), and Brian Schneider ("Schneider") in the above-referenced matter. Please allow this correspondence to serve as a joint status letter as requested by the Court.

As requested by the Court, the parties have engaged in ongoing discussions regarding a potential a resolution in this matter. The parties respectfully request a two-week adjournment to update the Court regarding the status of settlement discussions.

If the parties are unable to resolve this matter by June 11, 2026, the parties will advise the Court accordingly, and Defendants will propose a briefing schedule for their motion to dismiss.

We thank the Court for its courtesy and consideration.

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Joseph Salvo*
Joseph Salvo, Esq.