MEMO ENDORSED

JSALVO@GRSM.COM

ALEXANDRA SANDLER
ATTORNEY
ASANDLER@GRSM.COM

GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM
(212) 269-5500

July 22, 2026

**VIA ECF**
Honorable Andrew Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

**RE:** ***Team DML, Inc. v. Beehiiv, Inc.***
**Case No. 1:25-cv-09581-ALC**
**Letter Requesting Extension of Time to File Responsive Pleading**

This office represents Defendants, Beehiiv, Inc., Tyler Denk, and Brian Schneider ("Defendants") in the above-referenced action. Defendants respectfully request a modification of the briefing schedule governing Defendants' anticipated motion to dismiss. Plaintiff consents to this request.

As the Court is aware, the parties have been engaged in ongoing settlement discussions consistent with the Court's direction that they attempt to resolve this matter without further litigation. Those discussions have been productive, and the requested extension will provide the parties with an opportunity to determine whether they are able to resolve this matter without the need for motion practice.

Accordingly, the parties respectfully request that the Court modify the briefing schedule as follows:

(1) Defendants' motion to dismiss shall be filed and served on or before August 7, 2026;
(2) Plaintiff's opposition shall be filed and served on or before August 28, 2026; and
(3) Defendants' reply shall be filed and served on or before September 11, 2026.

This request is made in good faith, is not sought for purposes of delay, and will conserve both the parties and the Court's resources should the parties successfully resolve this matter.

Thank you for the Court's consideration of this request.

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Alexandra Sandler*
Alexandra Sandler, Esq.

The modified briefing schedule requested by the parties is GRANTED. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 39.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 23, 2026