UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TEAM DML INC., Docket No. 1:25-cv-09581-ALC

Plaintiff,

-against-

BEEHIIV INC., BRIAN SCHNEIDER
and TYLER REID DENK,

Defendants.
-------------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action is dismissed in its entirety, with prejudice, as against all Defendants, with each party to bear its own attorneys' fees and costs.

Dated: October 22, 2026

**ROMANO & ASSOCIATES**

[signature]

Michael J. Romano, Esq.
*Attorneys for Plaintiff*
350 Old Country Road, Suite 205
Garden City, New York 11530
(516) 248-8880
mjr@romanofirm.com

**GORDON REES SCULLY MANSUKHANI**

Alexandra Sandler

Alexandra Sandler, Esq.
*Attorneys for Defendants*
1 Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
asandler@grsm.com